United States District Judge R<small>ONALD</small> B. L<small>EIGHTON</small>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| L<small>ISA</small> P<small>EABODY</small>,<br><br>         Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant. | ) CIVIL NO. C04-5470RBL<br>)<br>) ORDER FOR ATTORNEY'S FEES<br>) PURSUANT TO 42 U.S.C. § 406(b)<br>)<br>)<br>)<br>)<br>) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is awarded an attorney's fee of $26,835.00 pursuant to 42 U.S.C. § 406(b).

ORDER FOR ATTORNEY'S FEES    PURSUANT
TO 42 U.S.C. § 406(b) [C04-5470RBL] - 1

Eitan Kassel Yanich, Attorney at Law

203 Fourth Avenue E., Suite 321

Olympia, WA. 98501

(360) 705-1226

Plaintiff's attorney shall, upon receipt of these fees, refund to Plaintiff $5,720.47, which is the amount of EAJA attorneys fees previously awarded in this case.

DATED this 10th day of June, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
S/Eitan Kassel Yanich
Eitan Kassel Yanich, WSBA #13690
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [C04-5470RBL] - 2

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226