# United States District Court

WESTERN DISTRICT OF WASHINGTON

LISA PEABODY

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5470RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Eitan Kassel Yanich is awarded an attorney's fee of $26,835.00 pursuant to 42 U.S.C. § 406(b).

Plaintiff's attorney shall, upon receipt of these fees, refund to Plaintiff $5,720.47, which is the amount of EAJA attorneys fees previously awarded in this case.

| | |
|---|---|
| June 11, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |